UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sedik Khodabakhsh, | Case No.: 2:25-cv-00450-JAD-NJK |
| Plaintiff | |
| v. | **Remand Order** |
| Albertson's, LC dba Albertson's, et al., | [ECF No. 4] |
| Defendants | |

Sedik Khodabakhsh filed this grocery-store slip-and-fall lawsuit based entirely on state-law claims in Nevada state court. The defendant removed this case to federal court under 28 U.S.C. §§ 1332 and 1441(b)(3) based on diversity jurisdiction. Arguing that the defendant's removal 44 days after service of the complaint was untimely because the plaintiff's allegations in the complaint revealed that the case was removable, plaintiff moves to remand. For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 4] is GRANTED**; and
- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 11, Case No. A-25-909577-C,** and CLOSE THIS CASE. This case returns to state court with no motions pending.

Dated: April 29, 2025

_____
U.S. District Judge Jennifer A. Dorsey